Kevin F. McCoy
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 W. Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. A06-0025 MJ (JDR) |
| Plaintiff, | |
| vs. | **ENTRY OF APPEARANCE** |
| TRAVIS LON REYES, | |
| Defendant. | |

Kevin F. McCoy, Assistant Federal Public Defender for the District of Alaska, hereby

enters his appearance as counsel for the Defendant TRAVIS LON REYES in the above-captioned

action.

DATED at Anchorage, Alaska this 8th day of February 2006.

Respectfully submitted,

s/Kevin F. McCoy
Assistant Federal Defender
550 West 7th Avenue, Suite 1600
Anchorage, AK 99501
Phone:        907-646-3400
Fax:          907-646-3480
E-Mail:       kevin_mccoy@fd.org

Certification:
I certify that on February 8, 2006,
a copy of the *Entry of Appearance*
was served electronically on:

Thomas Bradley
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567


s/Kevin F. McCoy