DEBORAH M. SMITH
Acting United States Attorney

LARRY D. CARD
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: larry.card@usdoj.gov
AK Bar No. 8011068

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:06-mj-0025-JDR |
| | ) | |
| Plaintiff, | ) | |
| | ) | **NOTICE OF ATTORNEY** |
| vs. | ) | **APPEARANCE** |
| | ) | |
| TRAVIS LON REYES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

COMES NOW the United States Attorney's Office, by and through

Larry D. Card, Assistant U.S. Attorney, and hereby enters a substitution of counsel

on behalf of the United States of America.

All further pleadings and correspondence, etc. shall be sent to the following address:

>Larry D. Card
>Assistant U.S. Attorney
>222 West 7th Avenue, Room 253, #9
>Anchorage, AK  99513-7567
>(907) 271-5071
>Fax: (907) 271-1500
>E-mail:larry.card@usdoj.gov

RESPECTFULLY SUBMITTED on this 8th day of February, 2006, in Anchorage, Alaska.

>>DEBORAH M. SMITH
>>Acting United States Attorney
>>
>>s/ Larry D. Card
>>LARRY D. CARD
>>Assistant U.S. Attorney
>>222 West 7th Ave., #9, Rm. 253
>>Anchorage, AK 99513-7567
>>Phone: (907) 271-5071
>>Fax: (907) 271-1500
>>E-mail: larry.card@usdoj.gov
>>Alaska Bar No. 8011068

**CERTIFICATE OF SERVICE**
I hereby certify that on February 8, 2006
a copy of the foregoing was served
via electronic notice:

Kevin McCoy

s/ Larry D. Card