DEBORAH M. SMITH
Acting United States Attorney

LARRY D. CARD
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: larry.card@usdoj.gov
AK Bar No. 8011068

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. |
| | ) | |
| Plaintiff, | ) | |
| | ) | COUNT 1: |
| v. | ) | BANK ROBBERY |
| | ) | Vio. 18 U.S.C. § 2113(a) |
| TRAVIS LON REYES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

I N F O R M A T I O N

The United States Attorney charges that:

COUNT 1:

That on or about February 4, 2006, at Anchorage, in the District of Alaska, the defendant, TRAVIS LON REYES, did, by force, violence, and intimidation take from the person and presence of an employee of Alaska USA Federal Credit Union, located at 310 East Northern Lights Boulevard, Anchorage, Alaska, the deposits of which were then insured by the National Credit Union Association (NCUA), money belonging to and in the care, custody, control, management, and possession of said Alaska USA Federal Credit Union, in violation of 18 U.S.C. § 2113(a).

RESPECTFULLY SUBMITTED on February 10, 2006, at Anchorage, Alaska.

DEBORAH M. SMITH
Acting U.S. Attorney


s/ Larry D. Card
LARRY D. CARD
Assistant U. S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: Larry.Card@usdoj.gov
Alaska Bar No. 8011068