```
           MINUTES OF THE UNITED STATES DISTRICT COURT
                       DISTRICT OF ALASKA
```

U.S.A. vs <u>TRAVIS LON REYES</u>         CASE NO. <u>  3:06-cr-00014-RRB  </u>
Defendant: <u> X </u> Present <u> X </u> In Custody

BEFORE THE HONORABLE: <u>            JOHN D. ROBERTS                    </u>

DEPUTY CLERK/RECORDER: <u>           APRIL KARPER                       </u>

UNITED STATES ATTORNEY: <u>          LARRY CARD                         </u>

DEFENDANT'S ATTORNEY: <u>            KEVIN MCCOY                        </u>

U.S.P.O.: <u>                        CHRIS LIEDIKE                      </u>

PROCEEDINGS: ARRAIGNMENT ON INFORMATION / DETENTION HEARING
             HELD FEBRUARY 14, 2006:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:33 a.m. court convened.

<u> X </u> Copy of Information given to defendant: read.

<u> X </u> Defendant advised of general rights. <u> X </u> Waived full advisement of rights.

<u> X </u> Defendant advised of charges and penalties.

<u> X </u> Defendant stated true name:<u> Same as above.        </u> Age: <u>   23   </u>

<u> X </u> Waiver of Indictment **FILED**.

<u> X </u> PLEAS: Not guilty to count <u>1 of the Information.            </u>

<u> X </u> Detention not contested. Defendant's detention continued.

<u> X </u> Order of Detention Pending Trial **FILED.**

<u> X </u> Pretrial motions due **March 1, 2006**; Order for the
   Progression of a Criminal Case without Trial by Jury &
   Final Pretrial Date **FILED.**

<u> X </u> Court advised counsel no trial date has been set. Defense
   counsel unavailable from **March 15, 2006 to March 21, 2006.**

<u> X </u> OTHER:<u> Parties to meet and confer by **February 19, 2006.**   </u>

At 9:39 a.m. court adjourned.

DATE:      February 14, 2006      DEPUTY CLERK'S INITIALS:     ak