AO 455 (Rev. 12/03) Waiver of Indictment

# UNITED STATES DISTRICT COURT

DISTRICT OF __Alaska__

UNITED STATES OF AMERICA

V.

Travis Lon Reyes

**WAIVER OF INDICTMENT**

CASE NUMBER: 3:06-cr-00014-RRB

I, __Travis Lon Reyes__, the above named defendant, who is accused of

__Bank Robbery in violation of 18 USC § 2113(a)__

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __February 14, 2006__ prosecution by indictment and consent that the pro-
_Date_

ceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before   __REDACTED SIGNATURE__
                    _Judge_