Kevin F. McCoy
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 W. Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>TRAVIS LON REYES,<br><br>　　　　　Defendant. | NO. A06-0014 CR (RRB)<br><br>**NOTICE OF INTENT TO CHANGE PLEA** |

　　　　Travis Lon Reyes gives notice of his intent to change his plea pursuant to a written plea agreement he has reached with the government.  Mr. Reyes requests that the change of plea hearing be scheduled at a date and time convenient for the court and counsel.

　　　　DATED at Anchorage, Alaska this 21st day of March 2006.

　　　　　　　　　Respectfully submitted,

　　　　　　　　　s/Kevin F. McCoy
　　　　　　　　　Assistant Federal Defender
　　　　　　　　　550 West 7th Avenue, Suite 1600
　　　　　　　　　Anchorage, AK 99501
　　　　　　　　　Phone:　　907-646-3400
　　　　　　　　　Fax:　　　907-646-3480
　　　　　　　　　E-Mail:　　kevin_mccoy@fd.org

Certification:
I certify that on March 21, 2006,
a copy of the *Notice of Intent to Change Plea*
was served electronically on:

Larry D. Card
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

and a copy was hand delivered to:

U.S. Probation & Pretrial Services
222 W. 7th Avenue, #48, Room 168
Anchorage, AK 99513-7562

s/Kevin F. McCoy