```
            UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF ALASKA


           USA    v.   TRAVIS LON REYES

DATE:    March 22, 2006      CASE NO.   3:06-CR-0014-RRB


THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   MINUTE ORDER FROM CHAMBERS
               SCHEDULING HEARING
```

A change of plea hearing will be held in this matter on **Thursday, March 23, 2006, at 2:30 p.m.**, in Courtroom 2.

M.O. SCHEDULING HEARING