UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

USA  v.  REYES

DATE:  March 30, 2006          CASE NO.  3:06-CR-0014-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:  **MINUTE ORDER FROM CHAMBERS
RESCHEDULING SENTENCING**

---

Due to a judicial scheduling conflict, the sentencing in this matter, presently scheduled for June 1, 2006, is **rescheduled** and will be held on **Tuesday, May 30, 2006, at 10:30 a.m.**, in Courtroom 2 in Anchorage, Alaska.