Kevin F. McCoy
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 W. Seventh Avenue, Suite 1600
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>TRAVIS LON REYES,<br><br>        Defendant. | NO. 3:06-cr-0014-RRB<br><br>**TRAVIS REYES'S SENTENCING MEMORANDUM** |

**I.    Introduction.**

Travis Reyes submits this memorandum to assist the court at the May 30, 2006, sentencing.  At sentencing, Mr. Reyes will be asking the court to accept the parties' Fed.R.Crim.P. 11(c)(1)(C) agreement and impose a sentence of thirty (30) months incarceration followed by a supervised release condition that requires Mr. Reyes to spend up to eighteen (18) months in an approved treatment facility such as the Akeela House, the Salvation Army Clitheroe Treatment Facility, or the Nugen's Ranch in the Mat-Su Valley.

**II.     The Sentence Jointly Proposed By The Parties Represents The Fairest Balancing Of The Sentencing Factors Identified By Congress Pursuant to 18 U.S.C. § 3553(a).**

Mr. Reyes has reviewed the presentence report and the government's sentencing memorandum. He is in full agreement with the government's sentencing recommendation and urges the court to impose sentence in accordance with the terms provided for in the parties' Fed.R.Crim.P. 11(c)(1)(C) agreement. The proposed sentence represents a truly fair balance of the factors identified by Congress in 18 U.S.C. § 3553(a).

Mr. Reyes is a youthful offender with a significant substance abuse problem that has never been treated. While his conduct in this case cannot be condoned, it is appropriate to construct a sentence that gives some priority to providing effective treatment for his addiction. The supervised release condition requires placement in a residential treatment program for up to eighteen months.

**III.    Conclusion.**

Mr. Reyes asks the court to impose a 30-month sentence followed by a three-year term of supervised release with a condition of supervised release that requires his placement in an appropriate residential substance abuse program for up to 18 months.

DATED at Anchorage, Alaska this 23rd day of May 2006.

Respectfully submitted,

s/Kevin F. McCoy
Assistant Federal Defender
550 West 7th Avenue, Suite 1600
Anchorage, AK 99501
Phone:       907-646-3400
Fax:           907-646-3480
E-Mail:      kevin_mccoy@fd.org

Certification:
I certify that on May 23, 2006,
a copy of *Travis Reyes's Sentencing Memorandum* was served electronically on:

Larry D. Card
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

and a copy was hand delivered to:

U.S. Probation & Pretrial Services
222 W. 7th Avenue, #48, Room 168
Anchorage, AK 99513-7562

s/Kevin F. McCoy